# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### * * *

| | |
|---|---|
| Omid Sharifnejad, | Case No. 2:22-cv-01337-GMN-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Aaron Ford, et al., | |
| Defendants. | |

On September 14, 2022, the Court ordered Plaintiff to update his address by October 5, 2022, as mail was returned as undeliverable. ECF Nos. 8-11. Plaintiff was advised that a failure to comply with this order may result in a recommendation that this case be dismissed. ECF No. 11 at 1. Plaintiff has not complied with the Court's order or otherwise responded. Under Local Rule IA 3-1, parties are required to keep an updated address on file with the Court. "Failure to comply with this rule may result in the dismissal of the action . . . ." LR IA 3-1. Because Plaintiff has not updated his address as ordered, **IT IS THEREFORE RECOMMENDED** that this case be dismissed and closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within 14 days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: December 7, 2022

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE